Ladd v. Williams.

---

F. M. LADD et al., Appellants, v. E. J. WILLIAMS et al., Respondents.

St. Louis Court of Appeals, February 17, 1903.

Abstract of Record: DISMISSED: FAILURE TO COMPLY WITH STATUTE AND RULE. Case dismissed for the reason that appellants' abstract of record contains no pleadings, nor digest of any, nor any statement of any, nor any showing that the bill of exceptions was ever filed.

Appeal from Stoddard Circuit Court.—*Hon. Jas. L. Fort,* Judge.

DISMISSED.

GOODE, J.—Appellant's abstract of the record in this case contains no pleadings, nor digest of any, nor any statement of the case, nor any showing that a bill of

exceptions was ever filed, in fact, nothing except the testimony. The case is therefore dismissed for failure to comply with the statutes (R. S. 1899, sec. 863), and the rules of this court. McCullom v. Ulen, 87 Mo. App. (St. L.) 606. *Bland, P. J.*, and *Reyburn, J.*, concur.